**The Honorable Robert J. Bryan**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MATTIE D'AMBROSIO CAVE and ARMETA CAVE-JONES, mother of Mattie D'Ambrosio Cave,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AMERICAN COMMERCE INSURANCE, a foreign corporation doing business in Washington,<br><br>　　　　　　Defendant. | No. 10-5376 RJB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

TO:   CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs Mattie D'Ambrosio Cave and Armeta Cave-Jones and Defendant American Commerce Insurance Company hereby stipulate and agree that the above-entitled matter has been fully compromised and settled between them and may be dismissed with prejudice and without attorneys' fees and costs.

DATED this 20th day of January, 2011.

COLE, LETHER, WATHEN & LEID, P.C.
/s Rory W. Leid, III, WSBA #25075
/s Midori R. Sagara, WSBA 39626
Cole, Lether, Wathen, Leid & Hall, P.C.
1000 Second Avenue, Suite 1300
Seattle, Washington 98104
Tel: 206-622-0494   Fax: 206-587-2476
Email: rleid@clwl.net; msagara@clwl.net

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1**
C:\Documents and Settings\dkaleel\Local Settings\Temp\notesD912CA\Stip.Order.Dismissal.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494


1  Attorneys for Defendant American Commerce

2

3  RON MEYERS AND ASSOCIATES PLLC
   /s Kenneth Gorton, WSBA #37597
   Ron Meyers and Associates PLLC
4  8765 Tallon Lane Northeast
   Lacey, Washington 98516-6654
5  Tel: 360-459-5600   Fax: 360-459-5622
   Email: ken.g@rm-law.us
6  Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2**
C:\Documents and Settings\dkaleel\Local Settings\Temp\notesD912CA\Stip.Order.Dismissal.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

**ORDER OF DISMISSAL**

IN CONFORMITY with the foregoing Stipulation, the action between the Plaintiffs Mattie D'Ambrosio Cave and Armeta Cave-Jones and Defendant American Commerce Insurance Company is hereby dismissed with prejudice and without attorneys' fees and costs.

DATED this 21st day of January, 2011.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

Presented By:

COLE, LETHER, WATHEN & LEID, P.C.
/s Rory W. Leid, III, WSBA #25075
/s Midori R. Sagara, WSBA 39626
Cole, Lether, Wathen, Leid & Hall, P.C.
1000 Second Avenue, Suite 1300
Seattle, Washington 98104
Tel: 206-622-0494   Fax: 206-587-2476
Email: rleid@clwl.net; msagara@clwl.net
Attorneys for Defendant American Commerce

Approved By:

RON MEYERS AND ASSOCIATES PLLC
/s Kenneth Gorton, WSBA #37597
Ron Meyers and Associates PLLC
8765 Tallon Lane Northeast
Lacey, Washington 98516-6654
Tel: 360-459-5600   Fax: 360-459-5622
Email: ken.g@rm-law.us
Attorney for Plaintiffs

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3**
C:\Documents and Settings\dkaleel\Local Settings\Temp\notesD912CA\Stip.Order.Dismissal.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

>Ron Meyers
>Ken Gorton
>Breckan Scott
>Ron Meyers and Associates
>8765 Tallon Ln NE
>Lacey, WA 98516-6654

**By:    [ x ] ECF         [  ] First Class Mail         [  ] Fax              [  ] Messenger**

Dated this 20th day of January, 2011, at Seattle, Washington.

_____
Valerie M. Allen, Legal Assistant

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4**
C:\Documents and Settings\dkaleel\Local Settings\Temp\notesD912CA\Stip.Order.Dismissal.wpd

COLE, LETHER, WATHEN, LEID & HALL, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494